**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HOLSTEIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and AVANT, LLC,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-02199-JAD-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Daniel Holstein ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1.　　On December 14, 2021, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 7, 2022.

2.　　On February 4, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

5340782.1

1

3. The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 21, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 4th day of February 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
jbergh@qslwm.com
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

**CONTEMPORARY LEGAL SOLUTIONS PLLC**

*/s/ Robert M. Tzall*
**ROBERT M. TZALL**
Nevada Bar No. 013412
office@contemporarylegalsolutions.com
2551 North Green Valley Parkway, Building C, Suite 303
Henderson, NV 89014
(702) 666-0233
***Counsel for Plaintiff***

2

5340782.1

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 7th day of February 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

5340782.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on this the 4th of February 2022, I filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

| | |
|---|---|
| Robert M. Tzall<br>office@contemporarylegalsolutions.com<br>Contemporary Legal Solutions PLLC<br>2551 N. Green Valley Parkway, Building C<br>Suite 303<br>Henderson, NV 89014<br>(702) 666-0233<br>**Counsel for Plaintiff** | Benjamin B. Gordon<br>bgordon@nblawnv.com<br>Naylor & Braster, PLLC<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>(702) 420-7000<br>(702) 420-7001 Fax<br>**Counsel for Experian Information Solutions, Inc.** |

　　　　　　　　　　　　　　／s/ Jennifer Bergh
　　　　　　　　　　　　　**JENNIFER BERGH**

5340782.1

4