**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DANIEL HOLSTEIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and AVANT, LLC,<br><br>　　　　　Defendant(s). | 2:21-cv-02199-JAD-VCF<br>**ORDER** |

　　　Before the court is *Daniel Holstein v. Transunion, LLC, et al.*, case number 2:21-cv-02199-JAD-VCF.

　　　A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before March 8, 2022.

　　　DATED this 22nd day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE