**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 62280
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HOLSTEIN,<br><br>                    Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and AVANT, LLC,<br><br>                    Defendants. | Case No. 2:21-cv-02199-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S DEADLINE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>ECF No. 22 |

Plaintiff Daniel Holstein ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Stipulation Extending Defendant Trans Union LLC's Time to File its Reply to Plaintiff's Response to Trans Union's Motion to Dismiss Plaintiff's Complaint.

## BACKGROUND

On December 14, 2021, Plaintiff Daniel Holstein ("Plaintiff") filed his Complaint. In response, Trans Union filed its Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") on February 22, 2022 (Dkt. 13). On March 8, 2022, Plaintiff filed its Response to Trans Union's Motion to Dismiss Plaintiff's Complaint (Dkt. 18). The deadline for Trans Union to file its reply is currently March 15, 2022. On March 14, 2022, counsel for Plaintiff and counsel for Trans Union conferred regarding a 7-day extension of Trans Union's deadline to rile its reply in support of its Motion to Dismiss.

1    Accordingly, the parties hereby stipulate to extend the deadline for Trans Union to file its

2  Reply in support of its Motion to Dismiss to March 22, 2022.This is the first extension of time

3  for Trans Union to file its Reply and the current deadline has not yet expired.

4  DATED: March 15, 2022.

5                                              **QUILLING SELANDER LOWNDS**
                                               **WINSLETT & MOSER, P.C.**

6                                              */s/ Jennifer Bergh*

7                                              **JENNIFER BERGH**
                                               Nevada Bar No. 14480

8                                              jbergh@qslwm.com
                                               2001 Bryan Street, Suite 1800
                                               Dallas, TX 75201

9                                              (214) 871-2100
                                               (214) 871-2111 Fax

10                                             *Counsel for Trans Union LLC*

11                                             **CONTEMPORARY LEGAL SOLUTIONS**
                                               **PLLC**

12

13                                             */s/ Robert M. Tzall*

14                                             **ROBERT M. TZALL**
                                               Nevada Bar No. 013412

15                                             office@contemporarylegalsolutions.com
                                               2551 North Green Valley Parkway, Building C,

16                                             Suite 303
                                               Henderson, NV 89014

17                                             (702) 666-0233
                                               *Counsel for Plaintiff*

18

19

20

21         **IT IS SO ORDERED.**

22

23      _____

24      U.S. District Judge
        March 25, 2022

25

26

27

28

                                                                                              2