**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DANIEL HOLSTEIN,

        Plaintiff(s),

v.

TRANSUNION, LLC, et al.,

        Defendant(s).

2:21-cv-02199-JAD-VCF

**ORDER**

    Before me is the joint notice of non-opposition to motion to stay discovery (ECF No. 28).

    Accordingly, and good cause appearing,

    I ORDER that the joint notice of non-opposition to motion to stay discovery (ECF No. 28), is GRANTED.

    I FURTHER ORDER that discovery is STAYED.

    I FURTHER ORDER that the hearing scheduled for April 1, 2022, is VACATED.

    I FURTHER ORDER that a video status hearing is scheduled for 10:00 AM, September 28, 2022.

    I FURTHER ORDER that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, September 27, 2022.

    I FURTHER ORDER that the following Video Conference Instructions be adhered to as follows:

    INSTRUCTIONS FOR THE VIDEO CONFERENCE

    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

1. • State your name prior to speaking for the record.
2. • Do not have others in the video screen or moving in the background.
3. • No recording of the hearing.
4. • No forwarding of any video conference invitations.
5. • Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 28th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE