# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANIEL HOLSTEIN,

        Plaintiff(s),

v.

TRANSUNION LLC, et al.,

        Defendant(s).

2:21-cv-2199-JAD-VCF

**ORDER**

Plaintiff and Transunion, LLC have stipulated to dismiss (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for September 28, 2022, is VACATED.

DATED this 22nd day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1