1  **Robert M. Tzall**
   NV State Bar No. 13412
2  Contemporary Legal Solutions, PLLC
3  2551 N Green Valley PKWY Building C Suite 303
   Henderson, NV 89014
4  Tel: 702-666-0233
   Office@contemporarylegalsolutions.com
5

6  **Rachael Swernofsky**
7  Quilling Selander Lownds Winslett & Moser, PC
   6900 N. Dallas Parkway Suite 800
8  Plano, TX 75024
   Tel:  214-560-5443
9  rswernofsky@qslwm.com

10

11
                     IN THE UNITED STATES DISTRICT COURT
12                       FOR THE DISTRICT OF NEVADA

13
   Daniel Holstein,                    )  Docket No.   2:21-cv-2199 -JAD-VCF
14                                     )
            Plaintiff,                 )
15                                     )  **JOINT STIPULATION OF DISMISSAL**
        vs.                            )  **WITH PREJUDICE AS TO**
16                                     )  **TRANSUNION, LLC & ORDER**
                                       )
17 Transunion, LLC,                    )
   Experian Information Solutions, Inc.,)      **ECF No. 36**
18 Avant, LLC,                         )
                                       )
19         Defendant.                  )

20

21

22
   IT IS HEREBY STIPULATED by and between Plaintiff Daniel Holstein ("Plaintiff") and
23
   Defendant, Transunion, LLC, by and through their respective counsel of record, that the above-
24
   captioned action, be and hereby is dismissed with prejudice in accordance with the Federal Rules
25
26 of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

27         Undersigned counsel represent that they are fully authorized by their respective clients to

28

enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: September 21, 2022

/s/*Robert M. Tzall*  
Robert M. Tzall, Esq.  
**Contemporary Legal Solutions, PLLC**

*Attorneys for Plaintiff*

/s/ *Rachael Swernofsky*  
Rachael Swernofsky  
**Quilling Selander Lownds Winslett & Moser, P.C**

*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [ECF No. 36] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____  
**U.S. District Judge Jennifer A. Dorsey**  
**Dated: October 3, 2022**